No. 64845.—Venetianaire Corp. of America *v.* United States, protest 60/14523 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 64846.—The American Import Co. et al. *v.* United States, protests 207860–K, etc. (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiffs was sustained.

No. 64847.—Langfelder, Homma & Carroll, Inc., et al. *v.* United States, protests 59/24346, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of piano benches similar in all material respects to those the subject of *New York Merchandise Co., Inc.* v. *United States* (44 Cust. Ct. 144, C.D. 2169), the claim of the plaintiffs was sustained.